IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00342-LTB-KLM

ASHA SALIM,

    Plaintiff,

v.

CATHOLIC HEALTH INITIATIVES COLORADO,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Joint Unopposed Motion to Modify the Scheduling Order to (I) Continue the Final Pretrial Conference and (II) Extend the Discovery Deadline Limited to Previously Served Requests** [Docket No. 32; Filed May 7, 2012] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#32] is **GRANTED**.  Accordingly,

IT IS FURTHER **ORDERED** that the Scheduling Order entered on August 16, 2011 [#15] is amended to extend the following deadline:

- Discovery Deadline                                          **June 18, 2012**

The Discovery Deadline is extended for the sole purpose of providing responses to previously-served written discovery.

IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for May 15, 2012 at 9:30 a.m. is **VACATED** and **RESET** to **October 1, 2012** at **10:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **September 26, 2012**.  The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded from the Forms section of the court's website at http://www.cod.uscourts.gov/Home.aspx.**

Dated:  May 10, 2012