IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 11-cv-00342-LTB-KLM

ASHA SALIM,

    Plaintiff,

v.

CATHOLIC HEALTH INITIATIVES COLORADO,

    Defendant.

## FINAL JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by the Honorable Lewis T. Babcock on October 2, 2012, and incorporated herein by reference as if fully set forth, it is

ORDERED that the Motion for Summary Judgment is GRANTED.  It is further

ORDERED that summary judgment is hereby entered in favor of Defendant, Catholic Health Initiatives Colorado, and against Plaintiff, Asha Salim.  It is further

ORDERED that plaintiff's Complaint and this civil action are DISMISSED.  It is further

ORDERED that Defendant Catholic Health Initiatives Colorado shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment.

DATED at Denver, Colorado this __3rd__ day of October, 2012.

                        FOR THE COURT:

                        JEFFREY P. COLWELL, CLERK

                        By: s/ Edward P. Butler
                        Edward P. Butler, Deputy Clerk